FAYETTE COUNTY HOUSING AUTHORITY, Petitioner,

v.

HOUSING AND REDEVELOPMENT INSURANCE EXCHANGE and Katherine Umbel, an adult individual in her own right and as parent and natural guardian of her minor son, Corey Brown, Respondents.

Supreme Court of Pennsylvania.

March 27, 2002.

## ORDER

PER CURIAM.

AND NOW, this 27th day of March, 2002, the Petition for Allowance of Appeal is hereby **GRANTED,** and the case is remanded to the trial court for consideration of this Court's decision in *Lititz Mutual Ins. Co. v. Steely,* 785 A.2d 975 (Pa.2001).

TOWNSHIP OF WHITEHALL, Petitioner,

v.

AMERICAN CASUALTY COMPANY OF READING, Pennsylvania, Continental Casualty Company, Assurance Company of America and Maryland Casualty Company, Respondents.

Supreme Court of Pennsylvania.

March 28, 2002.

## ORDER

PER CURIAM.

AND NOW, this 28th day of March, 2002, the Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Superior Court is hereby **REVERSED.** The case is remanded to the Court of Common Pleas of Lehigh County for further consideration in light of *Sunbeam Corp. v. Liberty Mutual Insurance Co.,* 566 Pa. 494, 781 A.2d 1189 (2001).